W. B. Hirschmann, Appellant, v. Emanuel Berman, Sigmund Berman, Addison Construction and Building Materials Co., an Illinois corporation, and Emanuel Berman and Sigmund Berman as trustees for Addison Cement Co., an Illinois corporation, Appellees.

Gen. No. 46,899. 

First District, Second Division.

November 27, 1956.

Released for publication January 8, 1957.

John A. Brown, and Edmund W. Lord, for appellant; David F. Silverzweig, for appellees. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full.